JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>SPRINT CONNECT LLC d/b/a SPRINT STORE; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-02018 JFW (PJWx)<br>Judge: Hon. John F. Walter<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: March 14, 2017<br>Trial Date: February 20, 2018 |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: August 15, 2017

_____
United States District Court Judge